CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JAN 21 2015

JULIA C. DUDLEY, CLERK
BY: /s/ TColeman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID T. BALDWIN, | ) | Civil Action No. 7:14-cv-00669 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| MONTGOMERY COUNTY | ) | |
| COURT SYSTEM, | ) | By: Norman K. Moon |
| | ) | United States District Judge |
| Defendant(s). | ) | |

DAVID T. BALDWIN, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered on 12/09/2014, the court directed plaintiff to return the inmate account report signed by the trust account officer of each place that plaintiff is or was confined during the required six-month period along with the appropriate account statements or printouts within 10 days from the date of the Order. Plaintiff filed his statement of assets and the inmate account report, but plaintiff failed to have the inmate account report signed by the trust account officer or include the six-months of statements.

By a second Order entered on 12/24/2014, the court explained that plaintiff did not returned a signed trust account information form with the financial statements and granted plaintiff 10 days from the date of the Order to comply. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 21st day of January, 2015.

                                                                 United States District Judge